# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**H-D MICHIGAN, LLC and**
**HARLEY-DAVIDSON MOTOR COMPANY, INC.,**
      **Plaintiffs,**

v.                                                     Case No. 11-CV-00742

**HELLENIC DUTY FREE SHOPS S.A.,**
      **Defendant.**

---

## ORDER

Plaintiffs H-D Michigan, LLC and Harley-Davidson Motor Company, Inc. have filed a motion to seal Defendant's Exhibits #1 and #15 from the preliminary injunction hearing held on December 15, 2011. In their motion, plaintiffs argue that Exhibit #1 should be sealed because it consists of a "confidential licensing agreement," and that Exhibit #2 should be sealed because it consists of a "confidential email between two Harley-Davidson employees." Courts are public institutions, and plaintiffs' unsupported claim that these documents are confidential is not sufficient to overcome the presumption of openness. See Cnty. Materials Corp. v. Allan Block Corp., 502 F.3d 730, 740 (7th Cir. 2007).

**THEREFORE, IT IS ORDERED** that plaintiffs have 10 days to show good cause why Defendant's Exhibits #1 and #15 should be withdrawn from the public record.

Dated at Milwaukee, Wisconsin, this 18th day of January, 2012.

                                                    s/_____
                                                    LYNN ADELMAN
                                                    District Judge