# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

H-D MICHIGAN, LLC AND
HARLEY-DAVIDSON MOTOR COMPANY, INC.,
    Plaintiffs,

  v.                                                Case No. 11-CV-00742

HELLENIC DUTY FREE SHOPS S.A.,
    Defendant.

---

## ORDER

On January 24, 2012, plaintiffs filed an emergency motion for a preliminary anti-suit injunction. Plaintiffs allege that, in November 2011, defendant filed a parallel action in Greece raising the same claims at issue in this case without notifying plaintiffs or this court. On January 25, 2012, I issued an order setting an expedited briefing schedule for this motion and gave defendant three days to respond to plaintiffs' motion. Defendant has not yet responded. Pursuant to Civil L.R. 7(d) (E.D. Wis. 2010), "[f]ailure to file a memorandum in opposition to a motion is sufficient cause for the Court to grant the motion."

**THEREFORE, IT IS ORDERED** that defendant has three (3) days from the date of this order within which to respond to plaintiffs' motion for a preliminary anti-suit injunction. If defendant fails to file a brief in opposition, plaintiffs' motion will be granted as unopposed.

Dated at Milwaukee, Wisconsin, this 30th day of January, 2012.

                                                        s/_____
                                                        LYNN ADELMAN
                                                        District Judge