UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

H-D MICHIGAN, LLC and
HARLEY-DAVIDSON MOTOR COMPANY,
INC.

Case No. 2:11-cv-00742-LA

Plaintiffs,

v.

HELLENIC DUTY FREE SHOPS S.A.,

Defendant.

## NOTICE OF APPEARANCE

Please enter the appearance of Anna Balishina Naydonov on behalf of plaintiffs H-D Michigan, LLC and Harley-Davidson Motor Company, Inc., in the above-captioned matter.

Dated this 13th day of April, 2012.

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**

/s/ Anna Balishina Naydonov
Anna Balishina Naydonov
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
Email: anna.balishina@finnegan.com

Attorney for Plaintiffs
H-D Michigan, LLC and Harley-Davidson Motor Company, Inc.