# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

H-D MICHIGAN, LLC AND
HARLEY-DAVIDSON MOTOR COMPANY, INC.,
    Plaintiffs,

  v.                        Case No. 11-CV-00742

HELLENIC DUTY FREE SHOPS S.A.,
    Defendant.

## DECISION AND ORDER

Plaintiffs H-D Michigan, LLC and Harley-Davidson Motor Company, Inc. move for an order compelling defendant Hellenic Duty Free Shops, S.A. to produce documents responsive to plaintiffs' first set of requests for production. Plaintiffs also move for entry of a proposed protective order. In its response to plaintiffs' motions, defendant states that it is working to produce all of the requested documents and takes no positions on the request for a protective order. In light of defendant's response, I will deny the motion to compel as moot and grant the motion for a protective order.

**THEREFORE, IT IS ORDERED** that plaintiffs' motion to compel [DOCKET #129] is **DENIED AS MOOT**, and plaintiffs' motion for entry of a protective order [DOCKET #129] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 20th day of July 2012.

                                      s/ Lynn Adelman
                                      LYNN ADELMAN
                                      District Judge