UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

H-D MICHIGAN, LLC and
HARLEY-DAVIDSON MOTOR COMPANY,
INC.

Plaintiffs,

v.

HELLENIC DUTY FREE SHOPS S.A.,

Defendant.

Case No. 2:11-cv-00742-LA

## ORDER GRANTING STIPULATED DISMISSAL

Pursuant to Fed. R. Civ. P. 41, H-D Michigan, LLC (which was merged into H-D U.S.A., LLC, a Wisconsin limited liability company, on October 29, 2012) and Harley-Davidson Motor Company, Inc. (collectively, "Plaintiffs") and Hellenic Duty Free Shops S.A. ("Defendant"), by and through their attorneys, jointly moved for an order approving their Stipulation Dismissal. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

(1) All claims in this case by all parties are dismissed with prejudice;

(2) All surety bonds posted by Plaintiffs (Dkts. 19, 49, and 56) in this legal action are hereby immediately released in their entireties and any and all claims or potential claims to collect on any of the bonds in any amount are dismissed with prejudice; and

(3) Each party will bear its own costs and attorney's fees with respect to this legal action and the entry of this Order of Dismissal.

Dated at Milwaukee, Wisconsin this 7th day of February, 2013.

BY THE COURT

s/ Lynn Adelman
Lynn Adelman
U.S. District Judge